# Armstrong v. Commonwealth.

June 22, 1945.

## Court of Appeals of Kentucky.

Duncan & Duncan and J. A. Flowers for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.